no $ paid

2:18-cv-1276  SEC P

Attention Clerk of Court,

I am preparing in filing a Bivens act through the Honorable Court. In doing so, I am in need of reports to the investigation from my formal complaint with Office of Inspector General and Internal Affairs, in supporting all comments, statement or allegations of all information and belief stated in my formal complaint and either one of the BP grievance remedy complaints.

I have request copies of two e-mails sent by me to SIS and SIA on Nov 9, 2017, but knowone knows where they are, or told their not their. These e-mails do not show on are trulinks main screen, because of posible sensitive in it's nature, but these e-mails are a part of my complaints I've filed thus far. And all information is evidence in support of my formal filing to the court and sequester information.

I am attaching my necessary legal documents in requesting this Honorable Court to appoint, prior to filing Bivens law suit formally

Thank you for any consideration to all stated as said above.

c/c Warden R. Myers

Jeff Sessions Atorny General

Mitch McConnel Congressmen Ky

Rand Paul Senator Ky

John Flemings

Reseptfully,

Joseph A. Weir

15526·032

**RECEIVED**

SEP 2 6 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____