**RECEIVED**

OCT 2 5 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JOSEPH A WEIR #15526-032**          **CASE NO. 2:18-CV-01276 SEC P**

**VERSUS**          **UNASSIGNED DISTRICT JUDGE**

**R MYERS ET AL**          **MAGISTRATE JUDGE KAY**

**COMPLAINT**
**BY PRISONER UNDER 28 U.S.C. ' 1331 OR BIVENS V. SIX UNKNOWN NAMED**
**AGENTS OF THE FEDERAL BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

**I.    Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☐    No ☑

b.  If your answer to the preceding question is "Yes," provide the following information.

1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

_____

_____

2.  Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.  Docket number(s): _____

4.  Date(s) on which each lawsuit was filed: _____

5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐    No ☑

*(Rev. 12/20/13)*

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☒

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

II.    a.  **Name of institution and address of current place of confinement:**

Oakdale FCI #1 P.O Box 5010 Oakdale LA 71463

b.  Is there a prison grievance procedure in this institution?

Yes ☒    No ☐

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒    No ☐

2.  If you did not file an administrative grievance, explain why you have not done so.

_____

3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Filed ALL Necessary grievance administive remedy relief as require under BP remedy relief 1331.18

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.    **Parties to Current Lawsuit:**

a.  Plaintiff,  Joseph A. Weir

Address  Oakdale FCI #1- PO Box 5010 Oakdale LA. 71463

(Rev. 5/1/13)

Address: P.O Box 5060 Oakdale LA. 71463

b. Defendant, Dr. Joel Alexandre _____, is employed as Oakdale FCC _____ at Oakdale LA. _____.

Defendant, Mrs Chano Health Service Admin, is employed as Oakdale FCC _____ at Oakdale LA _____.

Defendant, Mrs Howard Health Service Admin, is employed as Oakdale FCC _____ at Oakdale LA. _____.

Additional defendants: Please see attachment of additional defendants please.

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Dec 2,2017 was injured while getting off top bunk. foot slipped off the stationary desktop Next to the bunk as I was push off. I hit the outside of my right foot against support beam of the bunk and feel to the floor in agonizing pain. Officer where on range came. I explained injuries and asked to see Medical. I did not see medical for over 15 hrs. Nurse McMicken visualy looked at my right foot and gave me an ace wrap then said he'd order X-ray for the next day. On Dec 5th MLP Moody on sick-call SHU rounds was dismissive only looking through cell door window said "have-see-about-X-rays and left. Ten days later after numarious attempts was X-rayd Fractured fifth medatarsal in right foot. Was given a walking boot. Dec 29th saw Orthpedic Surgeon, recommended surgery after X-ray. Jan 5th 2018 Dr. J. Alexandre does another X-ray, after come over to me holding a piece of printout paper. I ask about Orthpedic visit. Dr. Alexandre hold up the paper while pointing at it said "I don't think surgery will be necessary. What I looked upon the internet, it will heal fine on it own."

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I bring suit against All defenants irreparable damage. wanton infliction and delay against serious physical injury prolonged unnecessary pain and suffering. Negligence
I seek money damages. Injunction to have All stationary mechanism remounted to All bunkbed at Oakdale FCC. Compensatory damages.

**VI.    Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __Friday__ day of __Oct   19__ , 20__18__ .

__15526032__
Prisoner no. (Louisiana Department of
**Corrections or Federal Bureau of
Prisons**

_____
Signature of Plaintiff