# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH A. WEIR** | : | **DOCKET NO. 2:18-cv-1276** |
| **REG. # 15526-032** | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **R. MYERS, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 19] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation as stated by Plaintiff, Joseph A. Weir in Doc. #51, p. 1, in the record;

**IT IS ORDERED** that all claims against defendants the United States, Howard, Moody, Myers, Niels, Willis, Deville, Riner, and Sumbler be **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** in Chambers this 14th day of November, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**